IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEREMY KENNEDY
ADC #093061                                                                                          PLAINTIFF

v.                                         No. 5:17-cv-168-DPM

CORRECT CARE SOLUTIONS;
AMANDA KING, Infirmary Supervisor,
Pine Bluff Unit; and RORY GRIFFEN,
Deputy Director, ADC                                                                              DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, № 4, and overrules Kennedy's objections, № 6. FED. R. CIV. P. 72(b)(3). Motion to proceed IFP, № 1, denied. Motions for preliminary injunction, № 3 & 5, denied. Kennedy's complaint will be dismissed without prejudice. If he wants to proceed with this case, then he must pay the $400 filing and docketing fees and file a motion to reopen by 17 August 2017. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 July 2017